IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02677-NRN

STEVEN DANIEL FELIX

                Plaintiff,

v.

BARRELROCK PROPERTIES, LLC

                Defendant

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, STEVEN DANIEL FELIX, Plaintiff, and BARRELROCK PROPERTIES, LLC , Defendant, have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

## STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action.

DATED:     December 6, 2022     FOR STEVEN DANIEL FELIX, Plaintiff

                                                      BY:     */S/ R. Bruce Tharpe*
                                                      R. Bruce Tharpe
                                                      PO Box 101
                                                      Olmito, Texas 78575
                                                      (956) 255-5111 - Office
                                                      (866) 599-2596 - Fax

Texas State Bar ID No. 19823800
Colorado State Bar ID No. 54500
Federal Bar ID 13098

DATED: December 6, 2022   FOR BARRELROCK PROPERTIES, LLC, Defendant

BY:  */s/ Courtenay Patterson*
Ms. Courtenay Patterson
LAW OFFICES OF COURTENAY PATTERSON
1716 N. Main Street, Suite A #331
Longmont, CO 80501
(720) 222-9551